Complaint 

I WAS In Jail in Anoka County feBurary 2008, In A Seperation unit. I WAS Ecorted to Booking AREA WHere I Diclined Too Speak With Investigator TERRY Kelley of Inver Grove Police Department. I WAS Escorted Back to MY Cell BY 1 Anoka County Deputy Approximately 10 Minutes Later Several Anoka County Deputys Returned to The Cell With TERRY Kelley And The Captain of Anoka County Jail The lady Captain WAS Recording ME With A Digital video Camcorder System. Deputy Cochoran Claimed to Have A Search Warrant For MY DnA I Asked For A Copy And I WAS Refused. I Then Asked to Consult With A Attorney. I STated I Have Attorney Privelege Rights. I WAS Then Told To Put MY Hands Through Chuck Hole In Seperation Before I Could Do So I WAS Assaulted Directly In MY EYES With Unwanted Toxican, Peper Spray BY Anoka County Deputy Cochoran. I Couldnt See Anything I Listened to follow Direct order to Guide MY Self to Kneel on Bed. Restraints Were Placed On MY Hands. ho Then I WAS Escorted Back to Booking AREA to A Cell And WAS Threatened To Be Sprayed With Pepper Spray Again If I Dont Comply With DnA Swab MR. Cochoran Held Pepper Spray towards MY face along with other Anoka County Deputys with TAZER Guns. Terry Kelley The Investigator Pulled out Two Long STicks Which Apeared to Be Long QTips And Jabbed Me In The Mouth So Hard That one of The STicks Broke And Bruised MY Mouth I WAS In Severe Pain. I WAS Brought Back to Seperation BY 1 Deputy Named Spets And WAS Refused Medical Attention. The Incident WAS VideoTaped BY The Captain of Anoka County Jail. MAY 15: A Warrant WAS Issued Without MY Knowledge of Allegations of Burglary In Dakota County. I WAS Apprehended And Transfered From Henepin County to Dakota on MAY 22, 08 I Requested And Demanded A Speedy Trial To Judge Simonghe June 16, 08 She Scheduled With Prosecutor Contested Omnibus Hearing for July 30, And Jury Trial for AUG 18, 08. Me And MY Public Defender Had A Conflict of interest Prior to Omnibus Hearing July 30, I Told Here I WAS Innocent Of A Series of false Allegations She consulted with other Attorneys of Jurisdiction to Run A Conspiracy Against MY Rights to SET Court Dates And Proceedings together I filed A Complaint With The Department of Justice Of Her Attemps to Conspire Against Rights. BRENDA LIGHT BODY is Eneffective Assitant of Counsel And need to BE A Breech of Peace. July 30, 08 I The Defendant Relieved MY Counsel of Record. MR. Judge Perkin Honored MY Decision I Submitted Respectfully In open Court notice of Motion And Motion to Suppress Evidence File no: 19-HA-CR-081341. Bailiff Deputy Jones Handed A Copy to Deputy Clerk of Court Criminal Division And City County Attorney Recieved notice. Judge Perkins Didnt Rule According to Motion. Instead He Asked me A Series of questions of prose to Represent MY Self. I Answered Correctly And percise And to The Best of MY Judgement of Ability. Judge Perkins Then Insinuated Wicked Devious Trickery Of Ignorant opinions. Judge Perkins ORDERED A Rule 20.01 And 20.02 to violate

MY SPEEDY TRIAL DEMAND AND RUN A CONSPIRACY WITH COURT DATES IN WASHINGTON COUNTY, THROUGH, COUNTY ATTORNEY MICHAEL HUTCHINSON, 48525. BACK to BACK COURT PROCEEDINGS BETWEEN THE FIRST JUDICIAL DISTRICT AND TENTH JUDICIAL DISTRICT. SEPT 29. I WENT BEFORE JUDGE SIMONETT BRENDA LIGHTBODY WAS PRESENT AFTER I RELIEVED HER AS MY COUNSEL AND FILED CIVIL ACTION AND COMPLAINTS WITH DEPARTMENT OF JUSTICE AGAINST HER AND DEPARTMENT OF JUSTICE

JUDGE SIMONETT MADE A STATEMENT OF COMPETENCY ABOUT MEDICATIONS AND EVALUATION MATTERS to A REPORT OF RULE 20.01 AND 20.02 : I NEVER RECIEVED AND OBJECTED TO RULING 20.01 AND 20.02, AFTER BRIEF REFERENCE I SUBMITTED RESPECTFULLY NOTICE OF MOTION AND MOTION to DISMISS

COMPLAINT FILE # 19-HA-CR-0813411 ISSUED A COPY TO MS. JUDGE SIMONETT COUNTY ATTORNEY MIRAM REA AND DEPUTY CLERK OF COURT - CRIMINAL DIVISION JUDGE SIMMONETT WAS IN FAILURE to MAKE RULING AND SET CONT OH 10-13-08, SEPT 30, I WAS WRITED OVER to WASHINGTON COUNTY I WENT BEFORE SUSAN MILES SHE HAD A COPY OF AN INSUFFICIENT LEGAL DOCUMENT FROM JUDGE SIMMONETT to RULE 20.01 AND 20.02 REPORT I HAVE YET to RECIEVE. TODAY I RECIEVED A NOTIC OF FILLING OF ORDER 10/1/08 9/30/08 AFTER I LEFT PROCEEDING WITH INDICATION OF CONT OH SET FOR 10-13-08 MS: SIMONETT LABLED HER SELF UNDERSISED JUDGE OF DISTRICT COURT FOR PROCEEDING to RUN US GOVERMENT CONSPIRACY AGAINST RIGHTS 241- AND DEPRIVE MY RIGHTS UNDER COLOR OF LAW 242, FOR FILLING MOTIONS WITH CLERK OF COURTS AND FILLING FALSE ORDER WITH CLERK OF COURT

to RUN A CONSPIRACY to GET ME A CIVIL COMMIT OR INVOLUNTARY MEDICATED AND ASSAULTED AGAIN BECAUSE I DONT WONT to BE DISFRANCHISED FROM MY RIGHTS OF PRIVELEGES, UNITED STATE DISTRICT ATTORNEY DAVID MCHGLACLIN, RICK MATTOX, SUSAN NELSON, KATE MENEDEZ, SENT ME TO BE INVOLUNTARY MEDICATED AND ASSAULTED I CONTACTED THE FBI I WILL SEND ALL OF DOCUMENTS UNDER CIVIL # CASE 0:08-CV-05178-JMR-JSM

AH:

S JANIE S. MAYERON

DATE 10/1/08 GUSTRY BAILEY UNITED STATES MAGISTRATE JUDGE

CASE 0:08 CV 05178-JMR-JSM

(3)

Complaint Summary

Judge perkins Filed The order After I Submitted motions respectfully In Court of Law, 7/29/08, 10/3/08 I filed motions For Refusal of Examination, Sent Complaint to FBI

RECEIVED
BY MAIL
OCT 14 2008
CLERK US DIST COURT
MINNEAPOLIS MN

SCANNED
OCT 14 2008
U.S. DISTRICT COURT MPLS

10/8/08

Dusty Saile

STATE OF Minnesota
County of DAKOTA

DISTRICT COURT
FIRST JUDICIAL DISTRICT

State of Minnesota
VS
Plaintiff

Gustry L Sailes DEFENDANT

Notice of Motion And
Motion To Dismiss

D.C. File no. 19-HA-CR-081341

To Miram. REA ASST County Attorney; And Clerk of Clerk - Criminal Division

Please Take notice, That on 9-29-08 AT 1:30 PM OR Soon AS THE MATTER MAY Be HERD I THE DEFENDANT Will Move FOR AN ORDER DISMISSING THE Count 1 And 2, of Complaint AGAINST DEFENDANT BASED upon GROUNDS Violating Due PROCESS REQUIREMENTS of Constitution of THE STATE of Minnesota ARTICLE I Bill of RIGHTS, ADOPTED OCT 13, 1857, SEC 2 RIGHTS AND PRIVILEGES SEC. 5 no EXCESSIVE BAIL OR UNUSUAL PUNISHMENTS. SEC. 6 RIGHTS OF ACCUSED In CRIMINAL PROSECUTIONS SEC 7. DUE PROCESS, PROSECUTIONS DOUBLE JEOPARDY; SELF INCRIMINATION; BAIL HABEAS CORPUS. SEC 10 UNREASONABLE SEARCHES AND SEIZURES PROHIBITED.

SAID Motion Will Be BASED on ARGUMENT BY Counsel THE DEFENDANT All THE files, RECORDS AND PROCEEDINGS HERE In AND upon THE GROUNDS THAT THE DEFENDANT'S LEGAL AND Constitutional RIGHTS HAVE BEEN Violated Including His 4th, 5th, 6th, 7th, 8th, 9th, 11th, 13th AMENDMENT RIGHTS

Respectfully Submitted
DEFENDANT Counsel, GUSTRY Sailes
[signature]

Po: Box 247-9
HASTING MN, 55033

State of Minnesota      District Court
County of Dakota      First Judicial District

State of Minnesota, plaintiff
VS
Gustry Leshan Sailee, Defendant

Notice of Motion And Motion to Suppress Evidence

File no: 19-HA-CR-081341

To: Assistant Dakota County Miram Rea; Dakota County Clerk of Clerk Criminal Division

please Take notice That on 7-30-08 9:00AM OR AS Soon Thereafter. As The Above entitled Matter May Be Heard, The Defendant Gustry Leshan Sailee will Move The Court for Order:

1. Suppressing Any And All evidence obtained As Result of DNA procedures used During The investigation And All evidence obtained As A Result of Application of Search warrants Affidavits to Determine probable Cause for Complaint. Supporting us statue 609.117 DNA Analyst of Certain offense Required Sub 299C.155 Suppressing Any And All Evidence pertaining to DNA In Complaint And Agents Said Motion will Be Based upon The Grounds That The Defendant Legal And Constitutional Rights Have Been violated Including His 4th, 5th, 6th, 7th, 8th, 9th, 11th, 13th Amendment Rights And Article I Bill of Rights Sec 6, Sec 7, Sec 10, Memorandum Rights, Civil Rights, In pursuant to Rule 4.11 Liability/Insurance Supporting Any Civil Judicial procedure under Criminal Code And Rules, US Government Conspiracy Against Rights 241. under The Color of Law. Said Motion will Be Supported By All files Record And proceedings Herein

Date 7/29/08      Gustry Sailee

State of Minnesota
County of Dakota

District Court
First Judicial District

State of Minnesota Plaintiff
VS
Gustry L Sailee Defendant

Notice of Motion And Motion
In Pursuant of Rule 20.01 SubD3'
Rule 20.02 SubD3

D.C File No: 19-HA-CR-081541

I The Defendant Gustry L Sailee Move The Court for order to Proceed Pursuant to Rule 20.01 SubD3. I Request for Hearing) Hearing And Determination of Compentcy. And Rule 20.02. SubD3. Refusal of Defendant to Be Examined. The Defendant Objects to Government Misconduct of Prejudice Discretion of Court Order 20.01 SubD5. And 20.02 Filed By Miram Rea; Assistant County Attourney And Social Services 9/30/08. This Motion to Rule Defendant Competent Based on The Grounds of Constitution of The State of Minnesota Article I Bill of Rights Sec 2. Rights And Privileges. Said Motion Will Be Based on Argument By Counsel The Defendant to Resume The Right to proceed In A Court Of Law. All The Files Records And proceedings Herein And upon The Grounds That The Government Violated Defendants Legal And Constitutional Rights. Including 4th, 5th, 6th, 7th, 8th, 9, 11th, 15th, Amendment Rights. Supporting Civil Judicial procedure filed under Criminal Codes And Rules US. Government Conspiracy 241. Deprevation of Rights Under The Color of Law 242. Said Motion Will Be Supported By All Files Records And proceedings HereIn

Respectfully Submitted
Defendant, Counsel Gustry Sailee

10/3/08

[signature]

Custry Snilce
Dakota County Jail
p.o Box 24?-S
Hastings, Mn 55033

RECEIVED
BY MAIL
OCT 14 2008
CLERK US DIST COURT
MINNEAPOLIS MN

USA 42

Clerk of Court
C/o So Court House, Suite 202
300 South fourth, Street
Mpls, Mn, 55415

55415$1320 C096