UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

GUSTRY SAILEE,                                    CIVIL NO. 08-5178 (JMR/JSM)

      Plaintiff,

     v.                                               ORDER

U.S. DEPARTMENT OF JUSTICE,
FIRST JUDICIAL DAKOTA COUNTY,
TERRY KELLEY, MIRAM REA,
BRENDA LIGHT BODY, and
JUDGE PERKINS,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 13, 2009.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed <u>In Forma Pauperis</u>, (Docket No. 2), is **DENIED**;

2. Plaintiff's Motion for Appointment of Counsel, (Docket No. 11), is **DENIED;** and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 31, 2009

                                           s/James M. Rosenbaum
                                           JAMES M. ROSENBAUM
                                           United States District Judge